Marc A. Lieberman, Esq. (Bar No. 157318)
Alan W. Forsley, Esq. (Bar No. 180958)
**FREDMAN LIEBERMAN PEARL LLP**
1875 Century Park East, Suite 2230
Los Angeles, California 90067-2523
Telephone:    (310) 284-7350
Facsimile:    (310) 432-5999

Attorneys for plaintiff Remares Global, LLC

## UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | ) Case No. 8:19-bk-14912-TA |
| | ) |
| IGOR SHABANETS | ) Chapter 7 |
| | ) |
| | ) Adv. Proc. No._____ |
| Debtor.) | ) |
|_____| ) |
| | ) **COMPLAINT FOR DECLARATORY** |
| REMARES GLOBAL, LLC, a Florida | ) **RELIEF REGARDING VALIDITY,** |
| limited liability company, | ) **EXTENT AND PRIORITY OF** |
| | ) **JUDGMENT LIEN** |
| Plaintiff,) | ) |
| | ) |
| v. | ) |
| | ) |
| RICHARD MARSHACK, chapter 7 | ) |
| trustee, | ) |
| | ) |
| Defendant) | ) |
| | ) |
|_____| ) |

Plaintiff Remares Global, LLC, a Florida limited liability company ("**Remares**"),
and a judgment creditor of debtor Igor Shabanets ("**Debtor**"), hereby files this action for

the Court to determine the validity, extent, and priority of Remares' judgment lien on Debtor's 9875 Rimmele Drive, Beverly Hills, CA 90210 real property (the "**Property**")

## JURISDICTION

1.      On December 21, 2019, Debtor field a voluntary petition under Chapter 11 of title 11 of the United States Bankruptcy Code commencing Case No. 8:19-bk-14912-TA (the "**Bankruptcy Case**").

2.      On February 10, 2020, the Bankruptcy Case was converted to Chapter 7. On February 11, 2020, defendant Richard Marshack was appointed the Chapter 7 Trustee (the "**Trustee**") in the Bankruptcy Case.

3.      Jurisdiction of the United States District Court for the Central District of California over this adversary proceeding is founded on 28 U.S.C. §§ 1334(b) and (d) in that it arises in or is related to the Bankruptcy Case.

4.      This action is a "core proceeding" which may be referred to the United States Bankruptcy Court pursuant to title 28 U.S.C. § 157(b) in that it is a proceeding to determine the extent and validity of Remares' lien on the Property which is property of Debtor's bankruptcy estate (the "**Estate**").    Federal Rule of Bankruptcy Procedure 7001(a)(2) also states an adversary proceeding is necessary "to determine the validity, priority, or extent of a lien or other interest in property …."

5.      This action has been so referred by operation of General Order 266 of the United States District Court, Central District of California.

## VENUE

6.      Venue of this action is proper under 28 U.S.C. § 1409 in that it arises in and relates to the Bankruptcy Case.

///

///

///

**THE PARTIES**

7.     Remares is a creditor of Debtor as it obtained a $10,314,112.97 judgment against Debtor.

8.     The Trustee is the duly appointed and acting Chapter 7 Trustee for the Bankruptcy Case.

**GENERAL ALLEGATIONS**

**A.     Remares' Florida judgment and Debtor's transfer of the Property.**

9.     In September 2016, Remares' predecessor filed an action in the State Court of Florida (the "**Florida Action**"[1]) against Debtor's former business partner.  In July 2018, Remares substituted in as plaintiff in the Florida Action.  In August 2018, Debtor was named a defendant in the Florida Action.

10.     While the Florida Action was pending, and less than months after Debtor was added as a defendant, on October 3, 2018 Debtor fraudulently grant deeded the Property to IOS Properties, LLC ("**IOS**") for no consideration.  Debtor is IOS' controlling LLC member.  The Grant Deed states the "the "conveyance changes the manner in which title is held, [but] **grantor(s) and grantee(s) remain the same and continue to hold the same proportional interest**." Attached as **Exhibit "1"** is a copy of the Grant Deed (emphasis added).  Thus, notwithstanding the transfer, Debtor retained his same interest in the Property.

11.     On April 23, 2019, judgment was entered in the Florida Action in favor of Remares and against Debtor for $10,314,112.97.  Attached as **Exhibit "2"** is a copy of the judgment.

**B.     Remares domesticates the Florida judgment in California & records liens.**

12.     On May 3, 2019, Remares filed its sister-state judgment in California in Orange County Superior Court to domesticate the Florida judgment and judgment was entered in favor of Remares and against Debtor for $10,324,378.84.  Attached as **Exhibit**

---

[1] The Action was originally filed in 2016 and captioned Omeranio Investments, LTD v. Vishnu & AL, LLC et al.

"**3**" is a copy of the Notice of Entry of Judgment on Sister-State Judgment.

13.    On May 13, 2019, Remares recorded a California Abstract of Judgment ("**Abstract**") against Debtor in the Los Angeles County Recorder's Office for $10,324,378.84 which placed a lien on the Property.  Attached as **Exhibit "4"** is a copy of the Abstract.

14.    On September 17, 2019, Remares also caused Debtor to be served with a California Order to Appear for Examination ("**ORAP**") which caused a $10,324,378.84 lien to also be placed on Debtor's personal property.  Attached as **Exhibit "5" to the RJN** is a copy of the ORAP and the proof of service.

15.    Remares alleges its Abstract created a lien on the Property notwithstanding the transfer to IOS because Debtor maintained an interest in the Property and because the transfer was void ab initio.

**C.    Remares initiates a California avoidance action, Debtor files bankruptcy & relief from stay granted to pursue avoidance action in state court.**

16.    On May 20, 2019, Remares filed an avoidance action in Los Angeles County Superior Court ("**Superior Court**") against IOS to avoid the Property transfer (the "**Avoidance Action**").  On July 31, 2019, default was entered against IOS.

17.    On December 21, 2019, before judgment could be entered in the Avoidance Action, Debtor filed his voluntary Chapter 11 bankruptcy petition.

18.    Remares then filed a motion for relief from stay to proceed with the Avoidance Action.  On February 7, 2020, this Court entered its order granting Remares relief from stay stating, "Relief from stay is granted to pursue all procedural requirements in state court to enter a judgment."  Attached as **Exhibit "6" to the RJN** is a copy of the order.

**D.    Appointment of the Chapter 7 Trustee & Remares proceeds with the Avoidance Action in State Court.**

19.    On February 10, 2020, this Court entered its order converting the case to Chapter 7.

4

20.    On February 10, 2020, Remares submitted its default prove up package in the Superior Court in the Avoidance Action.

21.    On February 11, 2020, the Office of the U.S. Trustee gave notice that the Trustee was appointed the interim Chapter 7 trustee.

**E.    Judgment entered in the Avoidance Action & Trustee thereafter removes the action to the bankruptcy court.**

22.    On March 2, 2020, the Superior Court entered judgment in the Avoidance Action.  The judgment states "the Grant Deed (Exh. 1 hereto) is and was void ab initio and of no force and effect and that legal and equitable title to the Property should immediately revert to and be vested in 'Igor Shabanets, a Married Man as His Sole and Separate Property.'"  Attached as **Exhibit "7" to the RJN** is a copy of the judgment.

23.    On March 16, 2020, notwithstanding that judgment had previously been entered in the Avoidance Action, the Trustee removed it to the bankruptcy court and became the real party-in-interest.

## FIRST CLAIM FOR RELIEF

### (Declaratory Relief)

24.    Remares incorporates herein by reference paragraphs 1 through 23 above as though set forth fully herein.

25.    An actual controversy has arisen as a result of the Trustee asserting that Remares' Abstract of Judgment lien never attached to the Property.

26.    The Trustee asserts the lien never attached because Debtor transferred the Property prior to recordation of the Abstract and that the Avoidance Action Judgment did not restore the Property title to Debtor's name for any lien to attach post-petition.

27.    Remares is entitled to entry of judgment specifying that Remares holds a lien against the Property and that Remares' lien has priority over any interest the Trustee may have in the Property.

///

**WHEREFORE**, Remares prays for judgment against the Trustee as follows:

1.     For entry of judgment declaring that Remares has a valid and enforceable judgment lien against the Property and any sale proceeds;

2.     That Remares lien is senior to any Trustee interest in the Property;

3.     For costs of suit; and

4.     For such other and further relief as the court deems just and proper.


DATED:  April 22, 2020                                    FREDMAN LIEBERMAN PEARL LLP



By: _____
            Marc A. Lieberman, Esq.
            Alan W. Forsley, Esq.
            Attorneys for Remares Global, LLC

6

# EXHIBIT 1



**This page is part of your document - DO NOT DISCARD**







## 20181010428

Pages:
0006

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**10/03/18 AT 01:11PM**

| | |
|---|---|
| FEES: | 64.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 139.00 |

## PCOR SURCHARGE $20.00



**L E A D S H E E T**



201810030700015

00015800390



009380758

**SEQ:
01**

DAR - Counter (Upfront Scan)

**THIS FORM IS NOT TO BE DUPLICATED**

E497006

000008

**EXHIBIT 1**

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Igor Shabanets
2 Monarch Cove
Dana Point, California, 92629

# GRANT DEED

The Undersigned declares that the Documentary Transfer Tax for this document is $00.00 (zero dollars).
This conveyance changes the manner in which title is held, grantor(s) and grantee(s) remain the same and
continue to hold the same proportionate interest, R&T 11911. ✓

SIGNATURE OF DECLARANT OR AGENT DETERM....NG TAX FIRM NAME

For valuable consideration, the receipt and adequacy of which is hereby acknowledged,

Igor Shabanets, a Married Man As His Sole And Separate Property
(hereinafter referred to as "Grantor")

does hereby GRANT to

IOS Properties, LLC, a Nevada Limited Liability Company

all right, title, and interest which Grantor has or may have in that certain real property located in Los
Angeles County, State of California, which is described as:

Los Angeles County Tax Assessor Parcel Numbers **4356-002-002, 4356-002-003 and 4356-003-014**;
also known as: **9875 Rimmele Drive, Beverly Hills, California, 90210**; also known as: SEE EXHIBIT
"A" ATTACHED HERETO AND INCORPORATED HEREIN BY THIS REFERENCE.

Dated: _09/27/2018_

Igor Shabanets

**SEE ATTACHED NOTARIAL DOCUMENT  #1

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT #1

CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )

County of _ORANGE_____ )

On _September 27, 2018_ before me, _ABBA KO-KIM, NOTARY PUBLIC_,
   Date                                         *Here Insert Name and Title of the Officer*

personally appeared _IGOR   SHABANETS_

_____
*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                    *Signature of Notary Public*

```
ABBA KO-KIM
COMM...2187672
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Term Exp. March 23, 2021
```

*Place Notary Seal Above*

――――――――――――――――― OPTIONAL ―――――――――――――――――
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document** _GRANT DEED_

Title or Type of Document: _____  Document Date: _9/27/18_

Number of Pages: _____  Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____          Signer's Name: _____
☐ Corporate Officer — Title(s): _____    ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General             ☐ Partner — ☐ Limited  ☐ General
☐ Individual  ☐ Attorney in Fact             ☐ Individual  ☐ Attorney in Fact
☐ Trustee  ☐ Guardian or Conservator         ☐ Trustee  ☐ Guardian or Conservator
☐ Other: _____                ☐ Other: _____
Signer Is Representing: _____  Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907



## EXHIBIT "A"

**PARCEL 1:**

THAT PORTION OF THE NORTHEAST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 15 WEST, SAN BERNARDINO MERIDIAN, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE NORTHEASTERLY PROLONGATION OF THE SOUTHEASTERLY LINE OF LOT 2 OF TRACT 9249, AS PER MAP RECORDED IN BOOK 130 PAGE 51 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DISTANT NORTH 60° 47' 30" EAST 200 FEET MEASURED ALONG SAID PROLONGATION FROM THE MOST EASTERLY CORNER OF SAID LOT 2 SAID POINT BEING THE NORTHEAST CORNER OF THE LAND CONVEYED TO ROBERT J. KOONTZ, ET UX., BY DEED RECORDED IN BOOK 23965 PAGE 318, OFFICIAL RECORDS; THENCE ALONG THE NORTHEASTERLY LINE OF SAID LAND OF KOONTZ, NORTH 29° 12' 30" WEST 222.04 FEET, MORE OR LESS, TO A LINE THAT IS PARALLEL WITH THE SOUTHEASTERLY LINE OF PARCEL 1 DESCRIBED IN THE DEED TO JACK ELLIOTT ROSS, RECORDED DECEMBER 17, 1946 IN BOOK 24019 PAGE 392, OFFICIAL RECORDS, AND DISTANT 26 FEET EASTERLY MEASURED AT RIGHT ANGLES FROM SAID SOUTHEASTERLY LINE; THENCE ALONG SAID PARALLEL LINE, SOUTH 43° 47' 30" WEST 79.03 FEET TO AN ANGLE POINT THEREIN; THENCE CONTINUING ALONG SAID PARALLEL LINE SOUTH 60° 17' 30" WEST 24.42 FEET TO A LINE THAT IS PARALLEL WITH THE NORTHEASTERLY LINE OF SAID LOT 1 OF SAID TRACT 9249 AND DISTANT 100 FEET NORTHEASTERLY MEASURED AT RIGHT ANGLES FROM SAID NORTHEASTERLY LINE; THENCE ALONG SAID PARALLEL LINE, SOUTH 29° 12' 30" EAST 198.71 FEET MORE OR LESS, TO SAID NORTHEASTERLY PROLONGATION OF THE SOUTHEASTERLY LINE OF SAID LOT 2; THENCE ALONG SAID PROLONGATION, NORTH 60° 47' 30" EAST 100 FEET TO THE POINT OF BEGINNING.

**PARCEL 2:**

THE NORTHEAST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 15 WEST, SAN BERNARDINO MERIDIAN, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST EASTERLY CORNER OF LOT 102 OF TRACT 6601, AS PER MAP RECORDED IN BOOK 93 PAGES 97 AND 98 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, SAID POINT BEING THE MOST SOUTHERLY CORNER OF THE LAND DESCRIBED IN PARCEL 1 OF THE LAND DESCRIBED IN THE DEED TO JACK ELLIOTT ROSS, BY DEED RECORDED DECEMBER 17, 1946 IN BOOK 24019 PAGE 392, OFFICIAL RECORDS; THENCE ALONG THE SOUTHEASTERLY LINE OF SAID PARCEL 1, NORTH 60° 17' 30" EAST 120.43 FEET AND NORTH 43° 47' 30" EAST 83.21 FEET TO THE NORTHEASTERLY LINE OF THE LAND CONVEYED TO ROBERT J. KOONTZ, ET UX., BY DEED RECORDED IN BOOK 23965 PAGE 318, OFFICIAL RECORDS; THENCE ALONG SAID NORTHEASTERLY LINE SOUTH 29° 12' 30" EAST 27.19 FEET, MORE OR LESS, TO A LINE THAT IS PARALLEL WITH AND DISTANT 26 FEET SOUTHEASTERLY, MEASURED AT RIGHT ANGLES FROM THE ABOVE MENTIONED COURSE HAVING A BEARING OF NORTH 43° 47' 30" EAST; THENCE ALONG SAID PARALLEL LINE SOUTH 43° 47' 30" WEST 79.03 FEET TO A LINE THAT IS PARALLEL WITH AND 26 FEET SOUTHEASTERLY, MEASURED AT RIGHT ANGLES FROM THE ABOVE MENTIONED COURSE HAVING A BEARING OF NORTH 60° 17' 30" EAST; THENCE ALONG SAID PARALLEL LINE SOUTH 60° 17' 30" WEST 124.42 FEET TO THE NORTHWESTERLY LINE OF LOT 1 OF TRACT 9249, AS PER MAP RECORDED IN BOOK 130 PAGE 51 OF MAPS; THENCE ALONG SAID NORTHWESTERLY LINE, SOUTH 68° 47' 30" WEST 9.97 FEET TO THE NORTHEASTERLY LINE OF SAID TRACT 6601; THENCE ALONG SAID NORTHEASTERLY LINE, NORTH 7° 32' 45" WEST 26.75 FEET TO THE POINT OF BEGINNING.

LEGAL DESCRIPTION CONTINUED

EXCEPT THAT PORTION OF THE NORTHEAST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 15 WEST, SAN BERNARDINO MERIDIAN, AS FOLLOWS:

BEGINNING AT THE MOST EASTERLY CORNER OF LOT 102 OF TRACT 6601, AS PER MAP RECORDED IN BOOK 93 PAGES 97 AND 98 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, SAID POINT BEING THE MOST SOUTHERLY CORNER OF THE LAND DESCRIBED IN PARCEL 1 OF THE LAND DESCRIBED IN THE DEED TO JACK ELLIOTT ROSS, RECORDED DECEMBER 17, 1946 IN BOOK 24019 PAGE 392, OFFICIAL RECORDS; THENCE ALONG THE SOUTHEASTERLY LINE OF SAID PARCEL 1, NORTH 60° 17' 30" EAST 120.43 FEET AND NORTH 43° 47' 30" EAST 83.21 FEET TO THE NORTHEASTERLY LINE OF THE LAND CONVEYED TO ROBERT J. KOONTZ, ET UX., BY DEED RECORDED IN BOOK 23965 PAGE 318, OFFICIAL RECORDS; THENCE ALONG SAID NORTHEASTERLY LINE SOUTH 29° 12' 30" EAST 2.09 FEET, MORE OR LESS, TO A LINE THAT IS PARALLEL WITH AND DISTANT 2 FEET SOUTHEASTERLY MEASURED AT RIGHT ANGLES FROM THE ABOVE MENTIONED COURSE HAVING A BEARING OF NORTH 43° 47' 30" EAST; THENCE ALONG SAID PARALLEL LINE SOUTH 43° 47' 30" WEST 82.89 FEET, MORE OR LESS, TO A LINE THAT IS PARALLEL WITH AND DISTANT 2 FEET SOUTHEASTERLY MEASURED AT RIGHT ANGLES FROM THE ABOVE MENTIONED COURSE HAVING A BEARING OF NORTH 60° 17' 30" EAST; THENCE ALONG SAID PARALLEL LINE SOUTH 60° 17' 30" WEST 120.87 FEET, MORE OR LESS, TO A LINE THAT IS PARALLEL WITH AND DISTANT 2 FEET SOUTHEASTERLY MEASURED AT RIGHT ANGLES FROM THE SOUTHEASTERLY LINE OF SAID LOT 102; THENCE ALONG SAID PARALLEL LINE SOUTH 68° 47' 30" WEST 0.64 FEET MORE OR LESS, TO THE NORTHEASTERLY LINE OF RIMMELE DRIVE OF SAID TRACT 6601; THENCE ALONG SAID NORTHEASTERLY LINE NORTH 7° 32' 45" WEST 2.06 FEET TO THE POINT OF BEGINNING.

PARCEL 3:

THAT PORTION OF THE NORTHEAST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 15 WEST, SAN BERNARDINO MERIDIAN, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND ON FILE IN THE BUREAU OF LAND MANAGEMENT, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE NORTHEASTERLY PROLONGATION OF THE NORTHWESTERLY LINE OF LOT 104 OF TRACT NO. 6601, AS PER MAP RECORDED IN BOOK 93 PAGES 97 AND 98 OF MAPS, WHICH IS DISTANT THEREON NORTH 60° 47' 30" EAST 200 FEET FROM THE MOST NORTHEASTERLY CORNER OF SAID LOT 104; THENCE SOUTH 60° 47' 30" WEST 200 FEET TO SAID MOST NORTHERLY CORNER; THENCE ALONG THE EASTERLY LINE OF SAID TRACT NO. 6601, SOUTH 29° 12' 30" EAST 189.72 FEET TO THE MOST EASTERLY CORNER OF LOT 102 OF SAID TRACT; THENCE NORTH 60° 17' 30" EAST 120.43 FEET; THENCE NORTH 43° 47' 30" EAST 83.18 FEET TO A LINE WHICH EXTENDS FROM THE POINT OF BEGINNING TO A POINT IN THE NORTHEASTERLY PROLONGATION OF THE SOUTHEASTERLY LINE OF LOT 2 OF TRACT NO. 9249, AS PER MAP RECORDED IN BOOK 130 PAGES 51 AND 52 OF MAPS, WHICH IS DISTANT THEREON NORTH 60° 47' 30" EAST 200 FEET FROM THE MOST EASTERLY CORNER OF SAID LOT 2 OF TRACT NO. 9249; THENCE ALONG SAID LINE NORTH 39° 12' 30" WEST 174.36 FEET TO THE POINT OF BEGINNING.

EXCEPT THE SOUTHWESTERLY 100 FEET OF SAID LAND.

LEGAL DESCRIPTION CONTINUED



**PARCEL 4:**

THAT PORTION OF THE NORTHEAST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 15 WEST, SAN BERNARDINO MERIDIAN, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND ON FILE IN THE BUREAU OF LAND MANAGEMENT, DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST EASTERLY CORNER OF LOT 102, TRACT NO. 6601, AS PER MAP RECORDED IN BOOK 93 PAGE 97 OF MAPS; SAID POINT BEING THE MOST SOUTHERLY CORNER OF THE LAND DESCRIBED IN PARCEL 1 IN DEED TO JACK ELLIOT ROSS, RECORDED DECEMBER 17, 1946 AS INSTRUMENT NO. 868 IN BOOK 24019 PAGE 392, OFFICIAL RECORDS; THENCE ALONG THE SOUTHEASTERLY LINE OF SAID PARCEL 1 OF SAID DEED, NORTH 00° 17' 30" EAST 120.43 FEET AND NORTH 43° 47' 30" EAST 83.21 FEET TO THE NORTHEASTERLY LINE OF THE LAND CONVEYED TO ROBERT J. KOONTZ, ET UX., BY DEED RECORDED IN BOOK 23965 PAGE 318, OFFICIAL RECORDS; THENCE ALONG SAID NORTHEASTERLY LINE NORTH 29° 12' 30" EAST 2.09 FEET MORE OR LESS, TO A LINE THAT IS PARALLEL WITH AND DISTANT 2 FEET SOUTHEASTERLY, MEASURED AT RIGHT ANGLES FROM THE ABOVE MENTIONED COURSE, HAVING A BEARING OF NORTH 43° 47' 30" EAST; THENCE ALONG SAID PARALLEL LINE SOUTH 43° 47' 30" WEST 82.89 FEET, MORE OR LESS, TO A LINE THAT IS PARALLEL WITH AND DISTANT 2 FEET SOUTHEASTERLY, MEASURED AT RIGHT ANGLES FROM THE ABOVE MENTIONED COURSE, HAVING A BEARING OF NORTH 60° 17' 30" EAST; THENCE ALONG SAID PARALLEL LINE SOUTH 60° 17' 30" WEST 120.87 FEET, MORE OR LESS, TO A LINE THAT IS PARALLEL WITH AND DISTANT 2 FEET SOUTHEASTERLY, MEASURED AT RIGHT ANGLES FROM THE SOUTHEASTERLY LINE OF SAID LOT 102; THENCE ALONG SAID PARALLEL LINE SOUTH 69° 47' 30" WEST 0.64 FEET, MORE OR LESS, TO THE NORTHEASTERLY LINE OF RIMMELE DRIVE OF SAID TRACT NO. 6601; THENCE ALONG SAID NORTHEASTERLY LINE NORTH 7° 32' 45" WEST 2.06 FEET TO THE POINT OF BEGINNING.

**PARCEL 5:**

THE SOUTHWESTERLY 100 FEET OF THAT PORTION OF THE NORTHEAST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 15 WEST, SAN BERNARDINO MERIDIAN, ACCORDING TO THE OFFICIAL PLAT OF THE SURVEY OF SAID LAND ON FILE IN THE BUREAU OF LAND MANAGEMENT, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE NORTHEASTERLY PROLONGATION OF THE NORTHWESTERLY LINE OF LOT 104 OF TRACT 6601, BOOK 93 PAGES 97 AND 98 OF MAPS, WHICH IS DISTANT THEREON NORTH 60° 47' 30" EAST 200 FEET FROM THE MOST NORTHERLY CORNER OF SAID LOT 104; THENCE SOUTH 60° 47' 30" WEST 200 FEET TO SAID MOST NORTHERLY CORNER; THENCE ALONG THE EASTERLY LINE OF SAID CENTER 6601, SOUTH 29° 12' 30" EAST 199.72 FEET TO THE MOST EASTERLY CORNER OF LOT 102 OF SAID TRACT; THENCE NORTH 60° 17' 30" EAST 120.43 FEET; THENCE NORTH 43° 47' 30" EAST 83.18 FEET TO A LINE WHICH EXTENDS FROM THE POINT OF BEGINNING TO A POINT IN THE NORTHEASTERLY PROLONGATION OF THE SOUTHEASTERLY LINE OF LOT 2 OF TRACT 9249, BOOK 130 PAGES 51 AND 52 OF MAPS, WHICH IS DISTANT THEREON NORTH 60° 47' 30" EAST 200 FEET FROM THE MOST EASTERLY CORNER OF SAID LOT 2 OF TRACT 9249; THENCE ALONG SAID LINE NORTH 29° 12' 30" WEST 174.36 FEET TO THE POINT OF BEGINNING.

***END OF LEGAL DESCRIPTION***

# EXHIBIT 2

000014

<u>FINAL DISPOSITION FORM</u>
(Fla.R.Civ.P. Form 1.998)
**THE CLERK IS DIRECTED TO CLOSE THIS FILE**
MEANS OF FINAL DISPOSITION

Disposed by Non-Jury Trial

IN THE CIRCUIT COURT FOR THE 15TH
JUDICIAL CIRCUIT IN AND FOR PALM BEACH
COUNTY, FLORIDA

CASE NO. 50-2016-CA-011045 (AK)

REMARES GLOBAL LLC, as assignee
for OMERANIO INVESTMENTS, LTD.,

     Plaintiff,

v.

VISHNU & AL LLC; MARK OKHMAN;
BIG CAPITAL, LLC; and IGOR SHABANETS,

     Defendants.

_____

<u>FINAL JUDGMENT AGAINST IGOR SHABANETS</u>

     This cause came before the Court on April 18, 2019, on Plaintiff Remares Global LLC's

Motion for Summary Judgment Against Igor Shabanets. The Court granted summary judgment in

favor of Plaintiff Remares Global, LLC and against Igor Shabanets. The Court **ORDERS AND**

**ADJUDGES** as follows:

     1.    This case is an action on a promissory note and a guaranty agreement. As a result,

the damages are liquidated. *Bowman v. Kingsland Dev., Inc.*, 432 So. 2d 660, 662-63 (Fla. 5th

DCA 1983) ("Since every negotiable instrument must be 'an unconditional promise or order to

pay a sum certain in money' . . . actions for the sums directly due on negotiable instruments are,

by definition, actions for liquidated damages.")

**EXHIBIT 2**

2.    Therefore, judgment is hereby entered in favor of Remares Global, LLC, 9559 Collins Avenue, Suite 703, Surfside, Florida 33154 (no FEIN) and against Igor Shabanets, 2 Monarch Cove, Dana Point, CA 92629 (SSN ▨▨▨▨▨▨▨▨) as follows: (a) 2/3 of the outstanding principal on the Promissory Note, which equals $6,666,666.67; and (b) 2/3 of the outstanding prejudgment interest through April 18, 2019, which equals $3,647,446.30, for a total judgment of $10,314,112.97, for which let execution issue forthwith.

3.    This judgment shall bear interest at 4.97% per annum, as adjusted by section 55.03(3), Florida Statutes.

4.    It is further ordered and adjudged that Igor Shabanets shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on counsel for Remares Global, LLC within 45 days from the date of this final judgment, unless the final judgment is satisfied or post-judgment discovery is stayed.

5.    Jurisdiction of this case is retained to enter further orders that are proper to compel Igor Shabanets to complete Form 1.977, including all required attachments, and serve it on counsel for Remares Global, LLC.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this 22nd day of April, 2019.

MEENU SASSER, CIRCUIT JUDGE

Copies to:

Adam T. Rabin (arabin@mccaberabin.com; e-filing@mccaberabin.com); Robert C. Glass (rglass@mccaberabin.com); Lauren E. Johnson (ljohnson@mccaberabin.com); McCabe Rabin, P.A., 1601 Forum Place, Ste. 201, West Palm Beach, FL 33401

Robert W. Pittman (rpittman@gmail.com) Robert W. Pittman, P.A., 1221 Brickell Avenue, Suite 1900, Miami, Florida 33131

# EXHIBIT 3

000017

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Bob Benjy (SBN 211569) | | 310-203-2650 | |
| BENJY LAW CORPORATION | | | |
| 10250 Constellation Blvd., Suite 100 | | | |
| Los Angeles, CA 90067 | | | |

ATTORNEY FOR *(Name):*

NAME OF COURT: Superior Court of California, County of Orange

STREET ADDRESS: 700 W. Civic Center Drive

MAILING ADDRESS:

CITY AND ZIP CODE: Santa Ana 92701

BRANCH NAME: Central Justice Center

PLAINTIFF: REMARES GLOBAL LLC, as assignee for Omeranio Investments, Ltd.

DEFENDANT: VISHNU & AI LLC; MARK OKHMAN; BIG CAPITAL, LLC; and IGOR SHABANETS

| NOTICE OF ENTRY OF JUDGMENT ON SISTER-STATE JUDGMENT | CASE NUMBER: 30-2019-01067628-CU-EN-CJC |
|---|---|

1. TO JUDGMENT DEBTOR *(name):* IGOR SHABANETS

2. YOU ARE NOTIFIED

 a. Upon application of the judgment creditor, a judgment against you has been entered in this court as follows:

  (1) Judgment creditor *(name):* REMARES GLOBAL LLC, as assignee for OMERANIO INVESTMENTS, LTD.

  (2) Amount of judgment entered in this court: $ 10,324,378.84

 b. This judgment was entered based upon a sister-state judgment previously entered against you as follows:

  (1) Sister state *(name):* Florida

  (2) Sister-state court *(name and location):* Circuit Court for the 15th Judicial Circuit in and for Palm Beach County, Florida

  (3) Judgment entered in sister state on *(date):* April 22, 2019

  (4) Title of case and case number *(specify):* Remares Global LLC, as assignee for Omeranio Investments, Ltd. v. Vishnu & AI LLC; Mark Okhman; Big Capital, LLC; and Igor Shabanets

3. 
> **A sister-state judgment has been entered against you in a California court. Unless you file a motion to vacate the judgment in this court within 30 DAYS after service of this notice, this judgment will be final.**
>
> **This court may order that a writ of execution or other enforcement may issue. Your wages, money, and property could be taken without further warning from the court.**
>
> **If enforcement procedures have already been issued, the property levied on will not be distributed until 30 days after you are served with this notice.**

Date: MAY 03, 2019

DAVID H. YAMASAKI,
Clerk of the Court    Clerk, by _____ A. THAU, Deputy

4. [ ] NOTICE TO THE PERSON SERVED: You are served

 a. [ ] as an individual judgment debtor.

 b. [ ] under the fictitious name of *(specify):*

 c. [ ] on behalf of *(specify):*

[SEAL]

Under:

[ ] CCP 416.10 (corporation)
[ ] CCP 416.20 (defunct corporation)
[ ] CCP 416.40 (association or partnership)
[ ] other:

[ ] CCP 416.60 (minor)
[ ] CCP 416.70 (conservatee)
[ ] CCP 416.90 (individual)

*(Proof of service on reverse)*

Form Approved by the
Judicial Council of California
EJ-110 [Rev. July 1, 1983]

**NOTICE OF ENTRY OF JUDGMENT ON
SISTER-STATE JUDGMENT**

CCP 1710.30, 1710.40
1710.45

**EXHIBIT 3**

000018

**PROOF OF SERVICE**
*(Use separate proof of service for each person served)*

1. I served the Notice of Entry of Judgment on Sister-State Judgment as follows:
   a. on judgment debtor *(name)*:

   b. by serving ☐ judgment debtor     ☐ other *(name and title or relationship to person served)*:

   c. ☐ by delivery ☐ at home ☐ at business
      (1) date:
      (2) time:
      (3) address:

   d. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box)*:
   a. ☐ **Personal service.** By personally delivering copies. (CCP 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP 415.20(b)) *(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)*
   d. ☐ **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP 415.30) *(Attach completed acknowledgment of receipt.)*
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP 415.40) *(Attach signed return receipt or other evidence of actual delivery to the person served.)*
   f. ☐ **Other** *(specify code section)*:
      ☐ Additional page is attached.

3. The "Notice to the Person Served" was completed as follows:
   a. ☐ as an individual judgment debtor.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ on behalf of *(specify)*:
      under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)     ☐ other:
            ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
            ☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (individual)

4. At the time of service I was at least 18 years of age and not a party to this action.

5. Fee for service: $

6. Person serving:
   a. ☐ California sheriff, marshal, or constable.
   b. ☐ Registered California process server.
   c. ☐ Employee or independent contractor of a registered California process server.
   d. ☐ Not a registered California process server.
   e. ☐ Exempt from registration under Bus. & Prof. Code 22350(b).

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

Date:

▶ _____
            *(SIGNATURE)*

▶ _____
            *(SIGNATURE)*

[EJ-110]

# EXHIBIT 4

000020

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to:
Bob Benjy (SBN 211569)
BENJY LAW CORPORATION
10250 Constellation Blvd., Suite 100
Los Angeles, California 90067

TEL NO: 310-203-2650   FAX NO: *(optional):*
E-MAIL ADDRESS *(optional):*
[x] ATTORNEY FOR   [x] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana 92701
BRANCH NAME: Central Justice Center

09/12/2019
*20190945561*

**COPY** of Document Recorded

Has not been compared with original.
Originals will be returned when processing
has been completed.
LOS ANGELES COUNTY REGISTRAR-RECORDER

FOR RECORDER'S USE ONLY

| | |
|---|---|
| PLAINTIFF: Remares Global LLC<br>DEFENDANT: Vishnu & AI LLC; et al. | CASE NUMBER:<br>30-2019-01067628-CU-EN-CJC |

**ABSTRACT OF JUDGMENT—CIVIL**
**AND SMALL CLAIMS**   [ ] Amended

FOR COURT USE ONLY

1. The  [x] Judgment creditor   [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a.  Judgment debtor's
       Name and last known address
       ┌─────────────────────────┐
       │ IGOR SHABANETS          │
       │ 2 Monarch Cove          │
       │ Dana Point, California  │
       │ 92629                   │
       └─────────────────────────┘

   b.  Driver's license no. [last 4 digits] and state:          [x] Unknown
   c.  Social security no. [last 4 digits]:  7975               [ ] Unknown
   d.  Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
       IGOR SHABANETS, 2 Monarch Cove, Dana Point, CA 92629

Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

2. [ ]  Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   REMARES GLOBAL LLC, as assignee for OMERANIO INVESTEMENTS, LTD.
   9559 Collins Avenue, Suite 703
   Surfside, FL 33154
   Date: September 5, 2019
   Bob Benjy for BENJY LAW CORPORATION
   *(TYPE OR PRINT NAME)*

4. [ ]  Information on additional judgment creditors is shown on page 2.
5. [ ]  Original abstract recorded in this county:
   a.  Date:
   b.  Instrument No.:

   ▶ *(SIGNATURE OF APPLICANT OR ATTORNEY)*

6. Total amount of judgment as entered or last renewed:
   $10,324,378.84
7. All judgment creditors and debtors are listed on this abstract.
8. a.  Judgment entered on *(date):*  April 29, 2019
   b.  Renewal entered on *(date):*
9. [ ]  This judgment is an installment judgment.

10. [ ] An  [ ] execution lien  [ ] attachment lien
    is endorsed on the judgment as follows:
    a.  Amount: $
    b.  In favor of *(name and address):*

11. A stay of enforcement has
    a. [x]  not been ordered by the court.
    b. [ ]  been ordered by the court effective until *(date):*
12. a. [x]  I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ]  A certified copy of the judgment is attached.

[SEAL]
SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE

David H. Yamasaki, Clerk of the Court

This abstract issued on *(date):*
September 11, 2019

Clerk, by  *Mary Gohnson*                    , Deputy
                    Mary M Johnson

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL**
**AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

**EXHIBIT 4**

000021

| PLAINTIFF:  Remares Global LLC | COURT CASE NO.: |
|---|---|
| DEFENDANT:  Vishnu & AI LLC; et al. | 30-2019-01067628-CU-EN-CJC |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.　　　　Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

17.　　　　Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

18.　　　　Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

19.　　　　Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]    **ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**    - Page 2 of 2

000022

**This page is part of your document - DO NOT DISCARD**



## 20190945561





Pages:
0003

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**09/12/19 AT 03:32PM**

| | |
|---|---|
| FEES: | 32.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 107.00 |



**LEADSHEET**



201809123240061

**00017148647**



010120370

**SEQ:
01**

**DAR - Counter (Upfront Scan)**



**THIS FORM IS NOT TO BE DUPLICATED**

E525ITO

000023

# EXHIBIT 5

000024

POS-020

| | FOR COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Bob Benjy<br>Benjy Law Corporation<br>10250 Constellation Blvd., Suite 100<br>Los Angeles, CA 90067        211596<br><br>TELEPHONE NO.: 310-203-2650      FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Remares Global, LLC, a Florida limited liability company | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>CENTRAL JUSTICE CENTER<br><br>OCT 04 2019<br><br>DAVID H. YAMASAKI, Clerk of the Court<br><br>BY: _____, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, 92701
BRANCH NAME: Central Justice Center

PETITIONER/PLAINTIFF: Remares Global, LLC

RESPONDENT/DEFENDANT: Vishnu & A1 LLC, et al

| AMENDED    PROOF OF PERSONAL SERVICE—CIVIL | CASE NUMBER:<br>30-2019-01067628-CU-EN-CJC |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and not a party to this action.
2. I served the following documents *(specify):*

   Application and Order for Appearance and Examination.


   ☐ The documents are listed in the *Attachment to Proof of Personal Service—Civil (Documents Served)* (form POS-020(D)).

3. I personally served the following persons at the address, date, and time stated:
   a. Name: Igor Shabanets
   b. Address: 501 The City Drive South, Orange, CA 92868
   c. Date: 9/17/2019
   d. Time: 12:42 PM

   ☐ The persons are listed in the *Attachment to Proof of Personal Service—Civil (Persons Served)* (form POS-020(P)).

4. I am
   a. ☐ not a registered California process server.
   b. ☑ a registered California process server.
   c. ☐ an employee or independent contractor of a registered California process server.
   d. ☐ exempt from registration under Business & Professions Code section 22350(b).

5. My name, address, telephone number, and, if applicable, county of registration and number are *(specify):*

   Rick Hudson
   3 Park Plaza, Ste. 1650, Irvine, CA 92688
   (949) 336-8765
   Orange County RPS 2620

6. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
7. ☐ I am a California sheriff or marshal and certify that the foregoing is true and correct.

Date: 10/3/19

Rick Hudson                                          ▶ _____
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)              (SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Form Approved for Optional Use
Judicial Council of California
POS-020 [New January 1, 2005]
PROOF OF PERSONAL SERVICE—CIVIL
Code of Civil Procedure, § 1011
www.courtinfo.ca.gov

**EXHIBIT 5**

000025

Electronically Filed by Superior Court of California, County of Orange, 09/11/2019 01:23:00 PM.
DAVID H. YAMASAKI, Clerk of the Court By Sonya Wilson, Deputy Clerk. 30-2019-01067628-CU-EN-CJC ROA # 52

**AT-138/EJ-125**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: 211569 | FOR COURT USE ONLY |
|---|---|---|
| NAME: Bob Benjy | | |
| FIRM NAME: Benjy Law Corporation | | |
| STREET ADDRESS: 10250 Constellation Blvd., Suite 100 | | |
| CITY: Los Angeles    STATE: CA    ZIP CODE: 90067 | | |
| TELEPHONE NO.: (310) 203-2850    FAX NO.: | | |
| E-MAIL ADDRESS: | | |
| ATTORNEY FOR (name): Remares Global, LLC, a Florida limited liability company | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana 92701
BRANCH NAME: Central Justice Center

PLAINTIFF Remares Global, LLC
DEFENDANT Vishnu & AI LLC, et al.

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER: |
|---|---|
| [x] ENFORCEMENT OF JUDGMENT    [ ] ATTACHMENT (Third Person) | 30-2019-01067628-CU-EN-CJC |
| [x] Judgment Debtor    [ ] Third Person | |

**ORDER TO APPEAR FOR EXAMINATION**

1. TO (name): IGOR SHABANETS
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [x] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

| Date: 10/03/2019 | Time: 9:00am | Dept. or Div.: C66 | Rm.: |
|---|---|---|---|
| Address of court [x] is shown above [ ] is: | | | |

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: 09/11/2019

SHERRI HONER
JUDGE

This order must be served not less than 10 days before the date set for the examination.

**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. [x] Original judgment creditor    [ ] Assignee of record    [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name): IGOR SHABANETS
   to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [x] the judgment debtor.
   b. [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [x] This court is not the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 8, 2019

Bob Benjy, Esq. for Benjy Law Corporation
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

(Continued on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
AT-138/EJ-125 [Rev. January 1, 2017]

**APPLICATION AND ORDER FOR
APPEARANCE AND EXAMINATION**
(Attachment—Enforcement of Judgment)

Page 1 of 2
Code of Civil Procedure,
§§ 491.110, 708.110, 708.120, 708.170
www.courts.ca.gov

000026

AT-138/EJ-125

## Information for Judgment Creditor Regarding Service

If you want to be able to ask the court to enforce the order on the judgment debtor or any third party, you must have a copy of the order personally served on the judgment debtor by a sheriff, marshal, registered process server, or the person appointed in item 3 of the order at least 10 calendar days before the date of the hearing, and have a proof of service filed with the court.

## IMPORTANT NOTICES ABOUT THE ORDER

### APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR**  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

### APPEARANCE OF A THIRD PERSON (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED**  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR**  The person in whose favor the judgment was entered in this action claims that the person to be examined under this order has possession or control of property that is yours or owes you a debt. This property or debt is as follows *(describe the property or debt):*

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

### APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED**  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

### APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

 **Request for Accommodations.** Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before your hearing. Contact the clerk's office for *Request for Accommodation* (form MC-410). (Civil Code, § 54.8.)

AT-138/EJ-125 [Rev. January 1, 2017]

**APPLICATION AND ORDER FOR
APPEARANCE AND EXAMINATION
(Attachment—Enforcement of Judgment)**

Page 2 of 2

# EXHIBIT 6

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Marc A. Lieberman, Esq. (Bar No. 157318)<br>Alan W. Forsley, Esq. (Bar No. 180958)<br>**FREDMAN LIEBERMAN PEARL LLP**<br>1875 Century Park East, Suite 2230<br>Los Angeles, California 90067<br>Telephone:    (310) 284-7350<br>Facsimile:    (310) 432-5999<br>alan.forsley@flpllp.com<br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant Creditor Remares Global LLC* | FILED & ENTERED<br><br>FEB 07 2020<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY deramus  DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA –*SANTA ANA* DIVISION**

| In re:<br><br>IGOR SHABANETS,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:19-bk-14912-TA<br>CHAPTER: 11 |
|---|---|
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(Action in Nonbankruptcy Forum)** |
| | DATE: February 5, 2020<br>TIME: 10:30 a.m.<br>COURTROOM: 5B<br>PLACE: 411 W. Fourth Street, Santa Ana, CA 92701 |

**MOVANT:** Remares Global LLC

1.  The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2.  The Motion affects the following Nonbankruptcy Action:

    Name of Nonbankruptcy Action: Remares Global LLC vs. IOS Properties, LLC

    Docket number: 19STCV17379

    Nonbankruptcy court or agency where the Nonbankruptcy Action is pending:

    Los Angeles Superior Court

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**EXHIBIT 6**

3. The Motion is granted under 11 U.S.C. § 362(d)(1).

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

     a. ☒ Terminated as to the Debtor and the Debtor's bankruptcy estate.

     b. ☐ Modified or conditioned as set forth in Exhibit _____ to the Motion.

     c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:** Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law. Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

     a. ☐ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

     b. ☐ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☒ Other *(specify)*: Relief from stay is granted to pursue all procedural requirements in state court to enter a judgment. However, any levy must await further order after appointment of a trustee and pursuit of any judgment must be with consent of the trustee and order of this Court.

###

Date: February 7, 2020

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                    Page 2                    **F 4001-1.RFS.NONBK.ORDER**
000030

# EXHIBIT 7

Electronically Received 02/10/2020 08:55 AM

1 | Bob Benjy (SBN 211569)
2 | BENJY LAW CORPORATION
   | 10250 Constellation Blvd., Suite 100
3 | Los Angeles, California 90067
   | Telephone: (310) 203-2650
4 | www.BenjyLaw.com
5
   | Attorneys for REMARES GLOBAL LLC,
6 | a Florida limited liability company
7

**FILED**
Superior Court of California
County of Los Angeles

**03/02/2020**

Sherri R. Carter, Executive Officer / Clerk of Court

By: _____ A. Barton _____ Deputy

8 |        **SUPERIOR COURT OF CALIFORNIA**

9 |        **COUNTY OF LOS ANGELES**

10

11 | REMARES GLOBAL LLC,                | Case No.:    19STCV17379
12 | a Florida limited liability company, |
13 |            Plaintiff,              | ~~[PROPOSED]~~ JUDGMENT IN FAVOR OF
   |                                    | PLAINTIFF REMARES GLOBAL LLC
14 |        v.                          | AND AGAINST DEFENDANT IOS
   |                                    | PROPERTIES, LLC
15 | IOS PROPERTIES, LLC, a Nevada limited |
   | liability company; DOES 1 through 20, | (Pertaining and Affecting to Title to Real
16 | inclusive,                         | Property Commonly Known as: 9875 Rimmele
   |                                    | Drive, Beverly Hills, California 90210 (L.A.
17 |        Defendants.                 | County APNs: 4356-002-002, 4356-002-003,
18 |                                    | *and* 4356-003-014, collectively))
19
20
21
22
23
24
25
26
27
28

- 1 -

~~[PROPOSED]~~ JUDGMENT IN FAVOR OF PLAINTIFF REMARES GLOBAL LLC
AND AGAINST DEFENDANT IOS PROPERTIES, LLC



**EXHIBIT 7**

000032

## ~~[PROPOSED]~~ JUDGMENT

The Court, having previously entered the default of defendant IOS Properties, LLC ("Defedant") and reviewed Plaintiff Remares Global LLC's ("Plaintiff") default judgment prove up papers (submitted pursuant to Code Civ. Proc. § 585(d)), including all submitted written evidence and declarations, seeking entry of judgment in its favor, and having determined that Plaintiff has met its burden and satisfied the standard of proof in connection with Plaintiff's First Cause of Action for actual fraudulent conveyance against Defendant (in violation of Civ. Code § 3439.04(a)(1)) as against Defendant,

**THE COURT FINDS** that Defendant was properly served with a copy of the summons and complaint; that Defendant failed to answer the complaint or appear and defend the action within the time allowed by law; that Defendant's default was entered by the clerk upon Plaintiff's application;

**THE COURT FURTHER FINDS** that the Grant Deed attached hereto as **Exhibit 1** (and incorporated herein by this reference) ("Grant Deed"), pertaining to title to 9875 Rimmele Drive, Beverly Hills, California 90210 (L.A. County APNs: 4356-002-002, 4356-002-003, *and* 4356-003-014) (collectively, "Property"), was and is fraudulent, unlawful and made in violation of Civ. Code §§ 3439.04(a)(1).

**THE COURT FURTHER FINDS** that plaintiff Remares Global LLC, a Florida limited liability company ("Plaintiff"), is a judgment creditor of non-party Igor Shabanets in connection with a California Sister Statement Judgment entered by the Superior Court of California for the County of Orange on April 29, 2019 in a case captioned as *Remares Global LLC v. Vishnu & Al, LLC et al.* (Case No. 30-2019-01067628-CU-EN-CJC) in the face prinicpal sum of $10,324,378.84 (and arising from an original judgment entered by a Florida State Court on or about April 22, 2019) ("Prior Money Judgment").

**THE COURT FURTHER FINDS** that the principal balance of the Prior Money Judgment remains unpaid and uncollected.

~~[PROPOSED]~~ JUDGMENT IN FAVOR OF PLAINTIFF REMARES GLOBAL LLC
AND AGAINST DEFENDANT IOS PROPERTIES, LLC

000033

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS ORDERED, ADJUDGED AND DECREED** that the Grant Deed (Exh. 1 hereto) is and was *void ab initio* and of no force and effect and that legal and equitable title to the Property should immediately revert to and be vested in "Igor Shabanets, a Married Man As His Sole And Separate Property".

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff is hereby authorized and permitted (but not required) to cause a certified copy of this Judgment to be recorded in the Official Records of the County of Los Angeles, State of California.

03/02/2020

*MBachner*

DATED: _____    _____

JUDGE OF THE SUPERIOR COURT

- 3 -



**[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF REMARES GLOBAL LLC AND AGAINST DEFENDANT IOS PROPERTIES, LLC**

000034

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT 1

(To Judgment)

- 4 -



**[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF REMARES GLOBAL LLC
AND AGAINST DEFENDANT IOS PROPERTIES, LLC**

000035

**This page is part of your document - DO NOT DISCARD**



## 20181010428

 

Pages:
0006

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**10/03/18 AT 01:11PM**

| | |
|---|---|
| FEES: | 64.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 139.00 |

**PCOR SURCHARGE $20.00**



LEADSHEET



201810030700015

00015800390



009380758

SEQ:
01

DAR - Counter (Upfront Scan)

THIS FORM IS NOT TO BE DUPLICATED

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Igor Shabanets
2 Monarch Cove
Dana Point, California, 92629

# GRANT DEED

The Undersigned declares that the Documentary Transfer Tax for this document is $00.00 (zero dollars). This conveyance changes the manner in which title is held, grantor(s) and grantee(s) remain the same and continue to hold the same proportionate interest, R&T 11911. ✓

SIGNATURE OF DECLARANT OR AGENT DETERMINING TAX FIRM NAME

For valuable consideration, the receipt and adequacy of which is hereby acknowledged,

Igor Shabanets, a Married Man As His Sole And Separate Property
(hereinafter referred to as "Grantor")

does hereby GRANT to

IOS Properties, LLC, a Nevada Limited Liability Company

all right, title, and interest which Grantor has or may have in that certain real property located in Los Angeles County, State of California, which is described as:

Los Angeles County Tax Assessor Parcel Numbers **4356-002-002, 4356-002-003 and 4356-003-014**; also known as: **9875 Rimmele Drive, Beverly Hills, California, 90210**; also known as: SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN BY THIS REFERENCE.

Dated: **09/27/2018**

Igor Shabanets

**"SEE ATTACHED NOTARIAL DOCUMENT** #1

000037

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT** #1    CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _ORANGE_ )
On _September 27, 2018_ before me, _ABBA KO-KIM, NOTARY PUBLIC._
       Date                         Here Insert Name and Title of the Officer
personally appeared _IGOR SHABANETS_
                         Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**ABBA KO-KIM**
**COMM...2187672**
NOTARY PUBLIC·CALIFORNIA
ORANGE COUNTY
My Term Exp. March 23, 2021

Signature _____
                    Signature of Notary Public

                    *Place Notary Seal Above*
——————————————— OPTIONAL ———————————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*
**Description of Attached Document** _GRANT DEED_
Title or Type of Document: _____    Document Date: _9/27/18_
Number of Pages: _____    Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| | |
|---|---|
| Signer's Name: _____ | Signer's Name: _____ |
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Partner — ☐ Limited  ☐ General | ☐ Partner — ☐ Limited  ☐ General |
| ☐ Individual      ☐ Attorney in Fact | ☐ Individual      ☐ Attorney in Fact |
| ☐ Trustee     ☐ Guardian or Conservator | ☐ Trustee     ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

©2014 National Notary Association · www.NationalNotary.org · 1-800-US NOTARY (1-800-876-6827)    Item #5907



## EXHIBIT "A"

**PARCEL 1:**

THAT PORTION OF THE NORTHEAST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 15 WEST, SAN BERNARDINO MERIDIAN, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE NORTHEASTERLY PROLONGATION OF THE SOUTHEASTERLY LINE OF LOT 2 OF TRACT 9249, AS PER MAP RECORDED IN BOOK 130 PAGE 51 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DISTANT NORTH 60° 47' 30" EAST 200 FEET MEASURED ALONG SAID PROLONGATION FROM THE MOST EASTERLY CORNER OF SAID LOT 2 SAID POINT BEING THE NORTHEAST CORNER OF THE LAND CONVEYED TO ROBERT J. KOONTZ, ET UX., BY DEED RECORDED IN BOOK 23965 PAGE 318, OFFICIAL RECORDS; THENCE ALONG THE NORTHEASTERLY LINE OF SAID LAND OF KOONTZ, NORTH 29° 12' 30" WEST 222.04 FEET, MORE OR LESS, TO A LINE THAT IS PARALLEL WITH THE SOUTHEASTERLY LINE OF PARCEL 1 DESCRIBED IN THE DEED TO JACK ELLIOTT ROSS, RECORDED DECEMBER 17, 1946 IN BOOK 24019 PAGE 392, OFFICIAL RECORDS, AND DISTANT 26 FEET EASTERLY MEASURED AT RIGHT ANGLES FROM SAID SOUTHEASTERLY LINE; THENCE ALONG SAID PARALLEL LINE, SOUTH 43° 47' 30" WEST 79.03 FEET TO AN ANGLE POINT THEREIN; THENCE CONTINUING ALONG SAID PARALLEL LINE SOUTH 60° 17' 30" WEST 24.42 FEET TO A LINE THAT IS PARALLEL WITH THE NORTHEASTERLY LINE OF SAID LOT 1 OF SAID TRACT 9249 AND DISTANT 100 FEET NORTHEASTERLY MEASURED AT RIGHT ANGLES FROM SAID NORTHEASTERLY LINE; THENCE ALONG SAID PARALLEL LINE, SOUTH 29° 12' 30" EAST 198.71 FEET MORE OR LESS, TO SAID NORTHEASTERLY PROLONGATION OF THE SOUTHEASTERLY LINE OF SAID LOT 2; THENCE ALONG SAID PROLONGATION, NORTH 60° 47' 30" EAST 100 FEET TO THE POINT OF BEGINNING.

**PARCEL 2:**

THE NORTHEAST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 15 WEST, SAN BERNARDINO MERIDIAN, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST EASTERLY CORNER OF LOT 102 OF TRACT 6601, AS PER MAP RECORDED IN BOOK 93 PAGES 97 AND 98 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, SAID POINT BEING THE MOST SOUTHERLY CORNER OF THE LAND DESCRIBED IN PARCEL 1 OF THE LAND DESCRIBED IN THE DEED TO JACK ELLIOTT ROSS, BY DEED RECORDED DECEMBER 17, 1946 IN BOOK 24019 PAGE 392, OFFICIAL RECORDS; THENCE ALONG THE SOUTHEASTERLY LINE OF SAID PARCEL 1, NORTH 60° 17' 30" EAST 120.43 FEET AND NORTH 43° 47' 30" EAST 83.21 FEET TO THE NORTHEASTERLY LINE OF THE LAND CONVEYED TO ROBERT J. KOONTZ, ET UX., BY DEED RECORDED IN BOOK 23965 PAGE 318, OFFICIAL RECORDS; THENCE ALONG SAID NORTHEASTERLY LINE SOUTH 29° 12' 30" EAST 27.19 FEET, MORE OR LESS, TO A LINE THAT IS PARALLEL WITH AND DISTANT 26 FEET SOUTHEASTERLY, MEASURED AT RIGHT ANGLES FROM THE ABOVE MENTIONED COURSE HAVING A BEARING OF NORTH 43° 47' 30" EAST; THENCE ALONG SAID PARALLEL LINE SOUTH 43° 47' 30" WEST 79.03 FEET TO A LINE THAT IS PARALLEL WITH AND 26 FEET SOUTHEASTERLY, MEASURED AT RIGHT ANGLES FROM THE ABOVE MENTIONED COURSE HAVING A BEARING OF NORTH 60° 17' 30" EAST; THENCE ALONG SAID PARALLEL LINE SOUTH 60° 17' 30" WEST 124.42 FEET TO THE NORTHWESTERLY LINE OF LOT 1 OF TRACT 9249, AS PER MAP RECORDED IN BOOK 130 PAGE 51 OF MAPS; THENCE ALONG SAID NORTHWESTERLY LINE, SOUTH 68° 47' 30" WEST 9.97 FEET TO THE NORTHEASTERLY LINE OF SAID TRACT 6601; THENCE ALONG SAID NORTHEASTERLY LINE, NORTH 7° 32' 45" WEST 26.75 FEET TO THE POINT OF BEGINNING.

LEGAL DESCRIPTION CONTINUED

EXCEPT THAT PORTION OF THE NORTHEAST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 15 WEST, SAN BERNARDINO MERIDIAN, AS FOLLOWS:

BEGINNING AT THE MOST EASTERLY CORNER OF LOT 102 OF TRACT 6601, AS PER MAP RECORDED IN BOOK 93 PAGES 97 AND 98 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, SAID POINT BEING THE MOST SOUTHERLY CORNER OF THE LAND DESCRIBED IN PARCEL 1 OF THE LAND DESCRIBED IN THE DEED TO JACK ELLIOTT ROSS, RECORDED DECEMBER 17, 1946 IN BOOK 24019 PAGE 392, OFFICIAL RECORDS; THENCE ALONG THE SOUTHEASTERLY LINE OF SAID PARCEL 1, NORTH 60° 17' 30" EAST 120.43 FEET AND NORTH 43° 47' 30" EAST 83.21 FEET TO THE NORTHEASTERLY LINE OF THE LAND CONVEYED TO ROBERT J. KOONTZ, ET UX., BY DEED RECORDED IN BOOK 23965 PAGE 316, OFFICIAL RECORDS; THENCE ALONG SAID NORTHEASTERLY LINE SOUTH 29° 12' 30" EAST 2.09 FEET, MORE OR LESS, TO A LINE THAT IS PARALLEL WITH AND DISTANT 2 FEET SOUTHEASTERLY MEASURED AT RIGHT ANGLES FROM THE ABOVE MENTIONED COURSE HAVING A BEARING OF NORTH 43° 47' 30" EAST; THENCE ALONG SAID PARALLEL LINE SOUTH 43° 47' 30" WEST 82.59 FEET, MORE OR LESS, TO A LINE THAT IS PARALLEL WITH AND DISTANT 2 FEET SOUTHEASTERLY MEASURED AT RIGHT ANGLES FROM THE ABOVE MENTIONED COURSE HAVING A BEARING OF NORTH 60° 17' 30" EAST; THENCE ALONG SAID PARALLEL LINE SOUTH 60° 17' 30" WEST 120.87 FEET, MORE OR LESS, TO A LINE THAT IS PARALLEL WITH AND DISTANT 2 FEET SOUTHEASTERLY MEASURED AT RIGHT ANGLES FROM THE SOUTHEASTERLY LINE OF SAID LOT 102; THENCE ALONG SAID PARALLEL LINE SOUTH 68° 47' 30" WEST 0.64 FEET MORE OR LESS, TO THE NORTHEASTERLY LINE OF RIMMELE DRIVE OF SAID TRACT 6601; THENCE ALONG SAID NORTHEASTERLY LINE NORTH 7° 32' 45" WEST 2.06 FEET TO THE POINT OF BEGINNING.

PARCEL 3:

THAT PORTION OF THE NORTHEAST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 15 WEST, SAN BERNARDINO MERIDIAN, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND ON FILE IN THE BUREAU OF LAND MANAGEMENT, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE NORTHEASTERLY PROLONGATION OF THE NORTHWESTERLY LINE OF LOT 104 OF TRACT NO. 6601, AS PER MAP RECORDED IN BOOK 93 PAGES 97 AND 98 OF MAPS, WHICH IS DISTANT THEREON NORTH 60° 47' 30" EAST 200 FEET FROM THE MOST NORTHEASTERLY CORNER OF SAID LOT 104; THENCE SOUTH 60° 47' 30" WEST 200 FEET TO SAID MOST NORTHERLY CORNER; THENCE ALONG THE EASTERLY LINE OF SAID TRACT NO. 6601, SOUTH 29° 12' 30" EAST 169.72 FEET TO THE MOST EASTERLY CORNER OF LOT 102 OF SAID TRACT; THENCE NORTH 60° 17' 30" EAST 120.43 FEET; THENCE NORTH 43° 47' 30" EAST 83.18 FEET TO A LINE WHICH EXTENDS FROM THE POINT OF BEGINNING TO A POINT IN THE NORTHEASTERLY PROLONGATION OF THE SOUTHEASTERLY LINE OF LOT 2 OF TRACT NO. 9249, AS PER MAP RECORDED IN BOOK 130 PAGES 51 AND 52 OF MAPS, WHICH IS DISTANT THEREON NORTH 60° 47' 30" EAST 200 FEET FROM THE MOST EASTERLY CORNER OF SAID LOT 2 OF TRACT NO. 9249; THENCE ALONG SAID LINE NORTH 39° 12' 30" WEST 174.38 FEET TO THE POINT OF BEGINNING.

EXCEPT THE SOUTHWESTERLY 100 FEET OF SAID LAND.

LEGAL DESCRIPTION CONTINUED

**PARCEL 4:**

THAT PORTION OF THE NORTHEAST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 15 WEST, SAN BERNARDINO MERIDIAN, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND ON FILE IN THE BUREAU OF LAND MANAGEMENT, DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST EASTERLY CORNER OF LOT 102, TRACT NO. 6601, AS PER MAP RECORDED IN BOOK 93 PAGE 97 OF MAPS; SAID POINT BEING THE MOST SOUTHERLY CORNER OF THE LAND DESCRIBED IN PARCEL 1 IN DEED TO JACK ELLIOT ROSS, RECORDED DECEMBER 17, 1946 AS INSTRUMENT NO. 888 IN BOOK 24019 PAGE 392, OFFICIAL RECORDS; THENCE ALONG THE SOUTHEASTERLY LINE OF SAID PARCEL 1 OF SAID DEED, NORTH 00° 17' 30" EAST 120.43 FEET AND NORTH 43° 47' 30" EAST 83.21 FEET TO THE NORTHEASTERLY LINE OF THE LAND CONVEYED TO ROBERT J. KOONTZ, ET UX., BY DEED RECORDED IN BOOK 23965 PAGE 318, OFFICIAL RECORDS; THENCE ALONG SAID NORTHEASTERLY LINE NORTH 29° 12' 30" EAST 2.09 FEET MORE OR LESS, TO A LINE THAT IS PARALLEL WITH AND DISTANT 2 FEET SOUTHEASTERLY, MEASURED AT RIGHT ANGLES FROM THE ABOVE MENTIONED COURSE, HAVING A BEARING OF NORTH 43° 47' 30" EAST; THENCE ALONG SAID PARALLEL LINE SOUTH 43° 47' 30" WEST 82.89 FEET, MORE OR LESS, TO A LINE THAT IS PARALLEL WITH AND DISTANT 2 FEET SOUTHEASTERLY, MEASURED AT RIGHT ANGLES FROM THE ABOVE MENTIONED COURSE, HAVING A BEARING OF NORTH 60° 17' 30" EAST; THENCE ALONG SAID PARALLEL LINE SOUTH 60° 17' 30" WEST 120.87 FEET, MORE OR LESS, TO A LINE THAT IS PARALLEL WITH AND DISTANT 2 FEET SOUTHEASTERLY, MEASURED AT RIGHT ANGLES FROM THE SOUTHEASTERLY LINE OF SAID LOT 102; THENCE ALONG SAID PARALLEL LINE SOUTH 68° 47' 30" WEST 0.64 FEET, MORE OR LESS, TO THE NORTHEASTERLY LINE OF RIMMELE DRIVE OF SAID TRACT NO. 6601; THENCE ALONG SAID NORTHEASTERLY LINE NORTH 7° 32' 45" WEST 2.06 FEET TO THE POINT OF BEGINNING.

**PARCEL 5:**

THE SOUTHWESTERLY 100 FEET OF THAT PORTION OF THE NORTHEAST QUARTER OF SECTION 10, TOWNSHIP 1 SOUTH, RANGE 15 WEST, SAN BERNARDINO MERIDIAN, ACCORDING TO THE OFFICIAL PLAT OF THE SURVEY OF SAID LAND ON FILE IN THE BUREAU OF LAND MANAGEMENT, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE NORTHEASTERLY PROLONGATION OF THE NORTHWESTERLY LINE OF LOT 104 OF TRACT 6601, BOOK 93 PAGES 97 AND 98 OF MAPS, WHICH IS DISTANT THEREON NORTH 60° 47' 30" EAST 200 FEET FROM THE MOST NORTHERLY CORNER OF SAID LOT 104; THENCE SOUTH 60° 47' 30" WEST 200 FEET TO SAID MOST NORTHERLY CORNER; THENCE ALONG THE EASTERLY LINE OF SAID CENTER 6601, SOUTH 29° 12' 30" EAST 199.72 FEET TO THE MOST EASTERLY CORNER OF LOT 102 OF SAID TRACT; THENCE NORTH 60° 17' 30" EAST 120.43 FEET; THENCE NORTH 43° 47' 30" EAST 83.18 FEET TO A LINE WHICH EXTENDS FROM THE POINT OF BEGINNING TO A POINT IN THE NORTHEASTERLY PROLONGATION OF THE SOUTHEASTERLY LINE OF LOT 2 OF TRACT 9249, BOOK 130 PAGES 51 AND 52 OF MAPS, WHICH IS DISTANT THEREON NORTH 60° 47' 30" EAST 200 FEET FROM THE MOST EASTERLY CORNER OF SAID LOT 2 OF TRACT 9249; THENCE ALONG SAID LINE NORTH 29° 12' 30" WEST 174.38 FEET TO THE POINT OF BEGINNING.

***END OF LEGAL DESCRIPTION***

**PROOF OF SERVICE**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles State of California.  I am employed in the office of Benjy Law Corporation, members of the Bar of the above-entitled Court, and I made the service referred to below at their direction.  My business address is 10250 Constellation Blvd., Suite 100, Los Angeles, California 90067.

On ¹ 2-10-2020 ' I served true copy(ies) of all of the following documents, copies of which are enclosed herewith, to each of the following recipients:

**Documents Served**

**[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF REMARES GLOBAL LLC AND AGAINST DEFENDANT IOS PROPERTIES, LLC**

**Parties Served**

- IOS Properties, LLC, c/o TBP Management Group, LLC (its agent for service), ATTN: Thomas B. Parker (manager of TBP), 11824 Toto Ct., Las Vegas, Nevada 89183;

- TBP Management Group, LLC (agent for IOS Properties, LLC), c/o Thomas B. Parker (manager of TBP), 4625 W. Nevso Drive, Suites 2 & 3, Las Vegas, Nevada 89103; and

- Igor Shabanets, 2 Monarch Cove, Dana Point, California 92629.

Service was accomplished:

☒ **BY MAIL:**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service.  Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business.  Such document(s) were placed in envelopes addressed to the person(s) served hereunder for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I certify under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on ' 2-10-2020 ', at Los Angeles, California.

*/s/ Bob Benjy*
Bob Benjy

-4-

**[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF REMARES GLOBAL LLC AND AGAINST DEFENDANT IOS PROPERTIES, LLC**

000042

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>REMARES GLOBAL, LLC, a Florida limited liability company | DEFENDANTS<br>RICHARD MARSHACK, Chapter 7 Trustee |
|---|---|

| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Alan W. Forsley, Esq. - Fredman Lieberman Pearl LLP<br>1875 Century Park East, Suite 2230, Los Angeles, CA  90067<br>(310)284-7350 | ATTORNEYS (If Known) |
|---|---|
| PARTY (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor    ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint for Declaratory Relief Regarding Validity, Extent and Priority of Judgment Lien

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☒ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation
(other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☒ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand  $ |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>   IGOR SHABANETS | | BANKRUPTCY CASE NO.<br>8:19-bk-14912-TA | |
| DISTRICT IN WHICH CASE IS PENDING<br>Central District of California | | DIVISION OFFICE<br>Santa Ana | NAME OF JUDGE<br>Theodor C. Albert |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | | |
| DATE<br><br>04/22/2020 | | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br><br>ALAN W. FORSLEY | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.